**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10228 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00393-HDM |
| v. | |
| HERMES ADONAY GUILLEN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Howard D. McKibben, District Judge, Presiding

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Hermes Adonay Guillen appeals from the 36-month sentence imposed

following his guilty-plea conviction for being a deported alien found unlawfully in

the United States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Guillen contends that the sentence is substantively unreasonable because: (1) it was unreasonable for the district court to enhance his sentence based on his prior drug trafficking conviction; (2) he is unlikely to reoffend; and (3) he is culturally assimilated. In light of the totality of the circumstances and the factors under 18 U.S.C. § 3553(a), the sentence below the Guidelines range is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED.**